IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-12540-JJ

_____

LOUIS MATTHEW CLEMENTS,

                                                Petitioner-Appellant,

versus

STATE OF FLORIDA,
FLORIDA ATTORNEY GENERAL,
SECRETARY, DOC,

                                                Respondents-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

Before: JORDAN, ROSENBAUM, and NEWSOM, Circuit Judges.

BY THE COURT:

Appellant's *pro se* "Emergency Motion to Withdraw Appointed Counsel" is DENIED. To the extent that Appellant seeks to appeal the district court's denial of his "Emergency Motion for Emergency Temporary Restraining Order, Preliminary Injunction, Permanent Injunction, and Declaratory Relief" and related motion for reconsideration, that matter is pending before this Court in Case No. 22-14343.

Appellant's *pro se* "Motion for Second or Successive Habeas" is DENIED AS PREMATURE.